UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLESETTA MARIE WARE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. |
| JEWEL STEELE, WARDEN, ET AL., | ) ) | Judge Campbell |
| Defendants. | ) | |

ORDER

The Court has before it a *pro se* prisoner complaint brought under 42 U.S.C. § 1983. As provided in the Memorandum entered contemporaneously herewith, the plaintiff's complaint is DISMISSED as frivolous. 28 U.S.C. §1915A(b)(1).

Because an appeal from the judgment rendered herein would not be taken in good faith, the plaintiff is NOT certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 444-46 (1962). Nevertheless, should the plaintiff decide to file a notice of appeal, she either must pay the Clerk of Court the full appellate filing fee of four hundred fifty-five dollars ($455.00), or submit an application to proceed *in forma pauperis* with a certified copy of her inmate trust account statement for the six (6) month period preceding the filing of his notice of appeal. 28 U.S.C. §§ 1915(a)(1) and (a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

Entry of this Order shall constitute the judgment in this action.

It is so ORDERED.

Todd Campbell
United States District Judge